# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.736.3910

July 25, 2023
via ECF

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
Courtroom: 1305
40 Foley Square
New York, NY 10007

      Re: *United States v. Camilo Enriquez-Nunez*, S3 21 Cr. 661 (PAE)
         Letter Motion to Extend Defense Filing Deadline

Dear Judge Engelmayer:

    I am the attorney of record for the above-named Defendant. Mr. Enriquez-Nunez is currently scheduled for sentencing on August 8, 2023 at 11 am. We respectfully request leave to file our Defense Sentencing Submission by Friday, July 28, 2023. We understand the Government does not oppose this request.

    Thank you for your consideration.

                        Respectfully,

                        *Jeff Chabrowe*
                        JEFFREY CHABROWE, ESQ. (NY #3001328)
                        LAW OFFICES OF JEFFREY CHABROWE
                        521 Fifth Avenue, 17th Floor
                        New York, NY 10175
                        (917) 529-3921
                        **Counsel for Defendant**

cc: Kevin Mead, Esq.
     Assistant U.S. Attorney

                **GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 104.

            SO ORDERED.             7/26/2023

                              *Paul A. Engelmayer*
                              PAUL A. ENGELMAYER
                              United States District Judge