# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921| F 914.462.3637

August 4, 2023

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
Room 1305
40 Foley Square
New York, NY 10007

**Re:** *United States v. Camilo Enriquez-Nunez*, S3 21 Cr. 661 (PAE)
Letter Motion for Leave to File Supplemental Defense Sentencing Submission

Dear Judge Engelmayer:

     The defense wishes to file the attached supplemental sentencing submission. It is a Clinical Assessment by a forensic clinician and other professionals, submitted as experts in mitigation factors.  While we referenced the document in our Sentencing Memorandum, we only just received the completed, final report today. We apologize for any convenience this may cause the Court or the U.S. Attorney's office, but we want to ensure as broad and accurate a picture as possible is available to the Court.  Thank you.

Sincerely,

*Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.** (NY #3001328)
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
 (917) 529-3921
*Counsel for Camilo Enriquez-Nunez*

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 108.

SO ORDERED.     8/7/2023

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge