UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CAMILO ENRIQUEZ-NUNEZ,

Defendant.

21-CR-661-04 (PAE)

ORDER GRANTING IFP APPLICATION

---

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the order issued by the Second Circuit Court of Appeals holding in abeyance the defendant's motion for leave to proceed *in forma pauperis* (Dkt. No. 115). The Court hereby **GRANTS** the defendant's motion for leave to proceed *in forma pauperis*, finding the defendant to qualify for such status on the basis of the information in his application, which reflects that the defendant, who is incarcerated, was last employed in 2022 and has limited means. Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 21, 2023
       New York, New York