UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | S4-21-CR-661-04 (PAE) |
| -v- | ORDER |
| CAMILO ENRIQUEZ-NUNEZ, | |
| Defendant. | |

---

PAUL A. ENGELMAYER, District Judge:

On August 8, 2023, defendant Camilo Enriquez-Nunez was sentenced principally to a term of imprisonment of 300 months. Dkt. 110.

On February 14, 2024, Enriquez-Nunez filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline, which went into effect on November 1, 2023 and applies retroactively. Dkt. 121. The United States Probation Department has issued a report indicating that Enriquez-Nunez is not eligible for a sentence reduction. Dkt. 122.

The Court has considered the record in this case, and the submissions on this motion of the defendant, Dkt. 121, and the Probation Department, Dkt. 122.

The Court finds that Enriquez-Nunez is ineligible for a reduction of sentence because, as explained by the Probation Department, he does not meet the eligibility criteria of Amendment 821. The Court therefore denies Enriquez-Nunez's motion.

The Clerk of Court is requested to terminate the motions at Dkt. 121 and to mail a copy of this order to Enriquez-Nunez at the below address:

1

Camilo Enriquez-Nunez
#39393-069
FCI Coleman Medium
P.O. Box 1032
Coleman, FL 33521

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: February 28, 2024
New York, New York

2