UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CAMILO ENRIQUEZ-NUNEZ,

Defendant.

21-CR-661-04 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On February 28, 2024, the Court issued an order denying the *pro se* application of

defendant Camilo Enriquez-Nunez for a sentence reduction pursuant to Amendment 821 of the

Sentencing Guidelines. Dkt. 123. The Court, in agreement with the conclusion of the Probation

Department in its supplemental presentence investigation report, found that Enriquez-Nunez was

ineligible for relief. *Id.* (citing Dkt. 122). That was because, as the Probation Department

concluded, the adjustment of Enriquez-Nunez's criminal history category to III (from IV)

pursuant to Amendment 821 would still make his advisory guideline range life imprisonment,

above the 300-month sentence imposed. See Dkt. 122 at 3.

On February 10, 2025, Enriquez-Nunez filed a *pro se* motion for reconsideration, again

seeking relief pursuant to Amendment 821. The premise of that motion, however – that his

offense level was 36 – is incorrect. As reflected in the PSR, *see* Dkt. 107 at 25; Dkt. 122 at 7,

and found by the Court at sentencing, Enriquez-Nunez's offense level is 43. At criminal history

category III, that offense yields an advisory guideline range of life imprisonment. The Court

accordingly denies Enriquez-Nunez's motion for reconsideration.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 146 and to mail a copy of this order to the defendant at the address below:

> Camilo Enriquez-Nunez, #39393-069
> Federal Correctional Complex, Unit A-1 (Low Custody)
> P.O. Box 1031
> Coleman, FL, US 33521-1031

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 12, 2025
      New York, New York