UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CAMILO ENRIQUEZ-NUNEZ,

Defendant.

21-CR-661-04 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* motion from defendant Camilo Enriquez-Nunez, asking the Court to clarify a statement made at sentencing. Dkt. 149. The Court there stated that, in determining the just and reasonable sentence, it had taken into account the onerous conditions at the Metropolitan Detention Center ("MDC"), where Enriquez-Nunez had been held during pre-sentencing detention, and had therefore treated each day in such custody as equivalent to more than one day spent in ordinary conditions of custody. Enriquez-Nunez posits that that statement may bear on the amount of jail-time credit he is entitled to from the Bureau of Prisons. Id. at 2.

The Court's statement does not bear on Enriquez-Nunez's entitlement to such credit. The statement was merely made to identify one reason why the term of imprisonment imposed (300 months) was not longer.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 149 and to mail a copy of this order to the defendant at the address below:

Camilo Enriquez-Nunez BOP# 39393-069
FCI Coleman-Low
PO Box 1031
Coleman, FL 33521

1

SO ORDERED.

                                          *Paul A. Engelmayer*
                                          _____
                                          PAUL A. ENGELMAYER
                                          United States District Judge

Dated: July 30, 2025
       New York, New York